IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions, <br><br>Plaintiff, <br><br>v. <br><br>F.W. SICILIANO, III, INC., <br><br>Defendant. | Civil Action No. 06-1637 |

## ORDER OF COURT

AND NOW, this 16th day of December, 2006 after consideration of Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, F.W. Siciliano, III, Inc.

_____
Honorable Gary L. Lancaster
United States District Judge

LIT:408857-1